UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JEONG YUL YOO,

Petitioner,

-against-

MICHAEL MUKASEY, Attorney General
of U.S. Citizenship and Immigration Services,

Respondent.

------------------------------------------------------------X

JUDGMENT
08-CV- 3549 (JG)

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ JAN 2 8 2009 ★

P.M.
TIME A.M. _____

An Order of Honorable John Gleeson, United States District Judge, having been
been filed on January 26, 2009, dismissing the action as moot; it is

ORDERED and ADJUDGED that judgment is hereby entered dismissing the
action as moot.


Dated: Brooklyn, New York
       January 28, 2009

ROBERT C. HEINEMANN
Clerk of Court

By s/Terry Vaughn

Chief Deputy